```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANATALIO HOLGUIN,

                Plaintiff,

-against-

J. F. MEAT & GROCERY CORP., LUIS FERRERA, DANIEL FERRERA, GIOVANNI FERRERA, JULIO GUZMAN, and JOHN DOES 1-10,

                Defendants.

1:20-cv-08347-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties indicating that they have reached a settlement in principle. Therefore, the pretrial conference set for October 19, 2021 at 2:00 PM is ADJOURNED *sine die*.

**SO ORDERED.**

Date:  October 13, 2021
New York, NY

                                                         **MARY KAY VYSKOCIL**
                                                         **United States District Judge**