USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANATALIO HOLGUIN,

                                              **Plaintiff,**                              **20-CV-08347 (SN)**

   -against-                                                                   **ORDER**

J.F. MEAT & GROCERY CORP., et al.,

                                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A telephone conference is scheduled for Wednesday, October 20, 2021, at 10 A.M. to discuss the issues raised in the parties' Letter Motion to Expedite Settlement Agreement. ECF No. 57. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact the Court immediately via email at Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     New York, New York
                 October 18, 2021